**Billy Joe FORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 105207**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: December 12, 2017

FOR APPELLANT: Gwenda Renee Robinson, Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., Angela T. Quigless, J.

### ORDER

PER CURIAM.

Billy Joe Ford appeals the judgment, entered after an evidentiary hearing, denying his Rule 29.15 motion for post-conviction relief seeking to vacate his conviction and sentence for first-degree murder. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).